

NUMBER 13-14-00703-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE ADOLFO DE LA GARZA

---

On Petition for Writ of Mandamus.

---

### MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam Memorandum Opinion[1]

Relator, Adolfo De La Garza, filed a petition for writ of mandamus seeking to quash a pre-suit deposition sought by the real parties in interest, Hugo Lizcano and Lidia Lizcano. *See* TEX. R. CIV. P. 202. This Court granted relator's motion for emergency relief, ordered a stay of the underlying proceedings, and requested that the real parties in interest file a response to the petition for writ of mandamus. This Court

---

[1] *See* TEX. R. APP. P. 52.8(d) (AWhen denying relief, the court may hand down an opinion but is not required to do so.@); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

subsequently granted the parties' "Joint Motion to Abate Mandamus Proceeding" to allow the real parties in interest to file a motion with the trial court to dismiss the underlying case. Relator has now filed a "Status Report and Unopposed Motion to Dismiss." According to this pleading, relator seeks to dismiss this original proceeding on grounds that the trial court has dismissed the underlying trial court matters and relator no longer desires to prosecute this petition for writ of mandamus.

The Court, having examined and fully considered the unopposed motion to dismiss, is of the opinion that it should be granted. Accordingly, we REINSTATE this original proceeding. We LIFT the stay previously imposed in this case. We GRANT the motion to dismiss this original proceeding. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). We DISMISS this original proceeding as moot. The parties to this original proceeding will each bear their own costs. All pending motions are DISMISSED as moot.

PER CURIAM

Delivered and filed the 28th
day of January, 2015.

2